# UNITED STATES DISTRICT COURT
## Western District of Kentucky
### Owensboro Division

Jamie Selter                 )
       *Plaintiff*          )
                        )
v.                          )      Case No. 4:22-cv-00037-JHM-HBB
                        )
Equifax Information Services, LLC   )
       *Defendant*       )
                        )

## ORDER DISMISSING WITH PREJUDICE

Plaintiff Jamie Selter and Defendant Equifax Information Services, LLC, having jointly stipulated that this case be dismissed with prejudice as to all claims against Equifax Information Services, LLC as evidenced by the signatures of counsel for the parties, and the court being sufficiently advised:

**IT IS THEREFORE ORDERED** that Plaintiff Jamie Selter's claims against Defendant Equifax Information Services, LLC in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and attorney's fees except as otherwise agreed.

*Joseph H. McKinley*

Joseph H. McKinley Jr., Senior Judge
United States District Court

May 25, 2022

APPROVED BY:

/s/ James H. Lawson
James H. Lawson
*Lawson at Law, PLLC*
P.O. Box 1286
Shelbyville, KY 40066
Tel:    (502) 473-6525
Fax:    (502) 473-6561
james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Jamie Selter*

/s/ James R. McKenzie (by permission)
James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel:    (502) 371-2179
Fax:    (502) 257-7309
jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
*Jamie Selter*

/s/ John M. Williams (by permission)
John M. Williams
*Williams Kilpatrick, PLLC*
3151 Beaumont Centre Circle, Suite 375
Lexington, KY 40513
Tel:    (859) 245-1059
Fax:    (859) 245-1231
williams@wktlaw.com
*Counsel for Defendant*
*Equifax Information Services, LLC*